1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

10 | BRENT ADLER,

Case No. 1:13-cv-01867-SKO PC

11 |         Plaintiff,

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO PROCEED IN
FORMA PAUPERIS AND DIRECTING
THAT ACTION PROCEED PURSUANT TO
LOCAL 230(L)

12 |    v.

13 | FERNANDO GONZALEZ, et al.,

14 |         Defendants.

(Doc. 2)

_____/

15

16     Plaintiff Brent Adler, who is proceeding pro se, filed this civil rights action pursuant to 42

17 U.S.C. § 1983 on November 18, 2013.  Plaintiff seeks leave to proceed in forma pauperis.  28

18 U.S.C. § 1915(a)(1).  Plaintiff has made the requisite showing and his application is HEREBY

19 GRANTED.  *Id.*

20     Plaintiff is proceeding pro se and this action involves past conditions of confinement at

21 California Correctional Institution in Tehachapi.  Although Plaintiff is no longer incarcerated,

22 Local Rule 230(*l*) shall apply to this case.  *Hunt v. County of Orange*, 672 F.3d 606, 616 (9th Cir.

23 2012) (district courts have broad discretion to manage course of litigation); *U.S. v. Batiste*, 868

24 F.2d 1089, 1091 n.4 (9th Cir. 1989) (district courts have broad discretion to manage calendars).

IT IS SO ORDERED.

25

26  Dated:   **November 25, 2013**              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

27

28