# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>        Plaintiff,<br><br>   v.<br><br>FERNANDO GONZALEZ, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:13-cv-01867-SKO PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTING THAT ACTION PROCEED PURSUANT TO LOCAL 230(L)<br><br>(Doc. 2) |

Plaintiff Brent Adler, who is proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 18, 2013. Plaintiff seeks leave to proceed in forma pauperis. 28 U.S.C. § 1915(a)(1). Plaintiff has made the requisite showing and his application is HEREBY GRANTED. *Id.*

Plaintiff is proceeding pro se and this action involves past conditions of confinement at California Correctional Institution in Tehachapi. Although Plaintiff is no longer incarcerated, Local Rule 230(*l*) shall apply to this case. *Hunt v. County of Orange*, 672 F.3d 606, 616 (9th Cir. 2012) (district courts have broad discretion to manage course of litigation); *U.S. v. Batiste*, 868 F.2d 1089, 1091 n.4 (9th Cir. 1989) (district courts have broad discretion to manage calendars).

IT IS SO ORDERED.

Dated:  **November 25, 2013**            /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE