# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER, | Case No. 1:13-cv-01867-SKO (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO RETURN SERVICE DOCUMENTS TO PLAINTIFF |
| v. | |
| FERNANDO GONZALEZ, et al., | |
| Defendants. | |

Plaintiff Brent Adler, who is proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 18, 2013. On February 19, 2014, the Clerk's Office received USM-285 forms, summonses, and complaint copies from Plaintiff.

Plaintiff is entitled to rely on the United States Marshal to serve his complaint, but the Court has not yet screened Plaintiff's complaint and determined that service of process is appropriate. 28 U.S.C. § 1915(d), (e)(2). Accordingly, Plaintiff's submission of service documents is premature and the Clerk's Office is HEREBY DIRECTED to return the documents to Plaintiff.

IT IS SO ORDERED.

Dated: __March 3, 2014__           _____/s/ Sheila K. Oberto_____
                                                    UNITED STATES MAGISTRATE JUDGE