# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER, | Case No. 1:13-cv-01867-AWI-SKO (PC) |
| Plaintiff, | ORDER EXTENDING APPLICATION OF SCHEDULING ORDER TO DEFENDANT LUNDY |
| v. | |
| FERNANDO GONZALEZ, et al., | (Docs. 12 and 15) |
| Defendants. | |

Plaintiff Brent Adler, a former state prisoner who is proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 18, 2013. This action for damages is proceeding against Defendants Gonzalez, Holland, Steadman, Bryant, Zanchi, Lundy, and Schuyler for violating Plaintiff's right to adequate outdoor exercise under the Eighth Amendment of the United States Constitution. The events at issue occurred between 2008 and 2011 while Plaintiff was incarcerated at California Correctional Institution in Tehachapi.

On September 17, 2015, Defendant Lundy filed an answer to Plaintiff's complaint. Accordingly, application of the discovery and scheduling order is HEREBY EXTENDED to Defendant Lundy.

IT IS SO ORDERED.

Dated:   **September 21, 2015**             **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE