IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **BRENT ADLER,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**FERNANDO GONZALEZ, et al.,**<br><br>                    Defendants. | 1:13-cv-01867-AWI-SKO (PC)<br><br>**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 17) |

**GOOD CAUSE HAVING BEEN SHOWN**, the parties' joint request to modify the scheduling order is granted. The parties may conduct discovery until December 10, 2015. Any motions to compel discovery shall be filed by that date.

The deadline for filing dispositive motions is also extended by an additional sixty days. Dispositive motions shall be filed on or before February 19, 2016.

All other scheduling deadlines remain unchanged.
IT IS SO ORDERED.

Dated:   **October 14, 2015**                        **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (1:13-cv-01867-AWI-SKO (PC))