# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FERNANDO GONZALEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:13-cv-01867-DAD-SKO PC<br><br>ORDER DENYING DEFENDANTS' REQUEST FOR RELIEF FROM LOCAL RULE 230(l)<br><br>(Doc. 30) |

Plaintiff Brent Adler, who is proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 18, 2013.  This action involves past conditions of confinement at California Correctional Institution in Tehachapi.  Although Plaintiff was not incarcerated when he filed this action, the Court directed that Local Rule 230(l) would apply to this case.  (Doc. 3.)

On January 21, 2016, Defendants filed a request for relief from Local Rule 230(l) citing merely that Plaintiff is not incarcerated.  (Doc. 30.)  Defendants cite neither legal authority nor any justification for being relieved from Local Rule 230(l), and the Court finds none.  As such, Local Rule 230(l) shall continue to apply to this case.  *Hunt v. County of Orange*, 672 F.3d 606, 616 (9th Cir. 2012) (district courts have broad discretion to manage course of litigation); *U.S. v. Batiste*, 868 F.2d 1089, 1091 n.4 (9th Cir. 1989) (district courts have broad discretion to manage calendars).

/ / /

Accordingly, it is HEREBY ORDERED, that Defendants' request for relief from Local Rule 230(l), filed on January 21, 2016, is denied.

IT IS SO ORDERED.

Dated:   **January 25, 2016**                     /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE