# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GONZALEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01867-DAD-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION FILING DEADLINE NUNC PRO TUNC**<br><br>**(Docs. 32)**<br><br>Dispositive Motion Deadline − 04/04/2016 |

　　　On February 5, 2016, Defendants filed a motion to amend the Discovery and Scheduling Order in this action to extend the dispositive motion filing deadline by forty-five days. (Doc. 32.) Plaintiff did not file an opposition. Defendants request this extension based on the departure of prior defense counsel and the recent assignment of new counsel. (*Id.*) New counsel indicates that, due to the voluminous discovery conducted in this action and deadlines in other matters, he has been unable to sufficiently review this matter to prepare a motion for summary judgment. (*Id.*) Good cause for the requested extension has been presented and found.

　　　Accordingly, it is HEREBY ORDERED that Defendants' motion to extend the dispositive motion filing deadline, filed on February 5, 2016, is GRANTED; the deadline to file dispositive motions of February 19, 2016, is extended to April 4, 2016, nunc pro tunc.

IT IS SO ORDERED.

Dated: __March 8, 2016__　　　　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1